# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | CASE NO. 1:09-cv-00158-AWI-GSA PC |
| Plaintiff, | ORDER DENYING MOTION TO SUBMIT ADDITIONAL EVIDENCE |
| v. | (Doc. 8) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. / | |

On March 27, 2009, Plaintiff filed a motion seeking leave to submit additional evidence in support of his complaint. As Plaintiff was previously notified, the Court cannot serve as a repository for the parties' evidence, and the parties may not file evidence until the course of litigation brings the evidence into question. Although Plaintiff is entitled to submit exhibits with his complaint, Fed. R. Civ. P. 10(c), they must be attached to the complaint, and may not be submitted after the complaint is already filed.

Plaintiff's motion for leave to submit additional evidence is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __April 3, 2009__      __/s/ Gary S. Austin__
                              UNITED STATES MAGISTRATE JUDGE

1